## McARTHUR *v.* PHILLIPS *et al.*

HINES, J. Under the pleadings and the evidence the judge did not abuse his discretion in refusing to grant the injunction prayed, on defendants giving bond to answer to the plaintiff for any damages which the latter might recover against them for turpentining the trees upon the lands in dispute, if he should succeed in establishing his title thereto, and defeat the defendants' claim of title.

*Judgment affirmed. All the Justices concur.*

No. 3779.    OCTOBER 13, 1923.

Petition for injunction. Before Judge Sheppard. Tattnall superior court. March 10, 1923.

*H. H. Elders,* for plaintiff. *E. C. Collins,* for defendants.